UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                          **DECISION AND ORDER**
                                                    08-CR-354S

CHRISTOPHER BOYD,

                      Defendant.

        1.        On February 9, 2009, the Defendant entered into a written plea agreement (Docket No. 16) and pled guilty to a Two Count Felony Information (Docket No. 14) charging violation of Title 18, U.S.C. Section 2319(b)(1) and Title 17, U.S.C. Section 506(a)(1)(A) (wilfully infringing one or more copyrighted works for purposes of commercial advantage or private financial gain, by reproducing and distributing during a 180-day period ten (10) or more copies of copyrighted works with a total retail value of more than $2,500) and Title 26, U.S.C. Section 7206(1) (willfully making and subscribing a false tax return).

        2.        On February 10, 2009, the Honorable Hugh B. Scott, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 12) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

        3.        This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1)(C) and Local Rule 58.2(a)(3).

        4.        This Court has carefully reviewed *de novo* Judge Scott's February 10, 2009, Report and Recommendation, the plea agreement, transcript of the proceeding, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Scott's Report and Recommendation, and will accept Judge Scott's

recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Scott's February 10, 2009 Report and Recommendation (Docket No. 12) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Christopher Boyd is accepted, and he is now adjudged guilty of Title 18, U.S.C. Section 2319(b)(1), Title 17 U.S.C. Section 506(a)(1)(A) and Title 26, U.S.C. Section 7206(1).

SO ORDERED.

Dated: March 9, 2009
       Buffalo, New York

                                        /s/William M. Skretny
                                        WILLIAM M. SKRETNY
                                        United States District Judge